# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD ROBIN BARREN,

    Plaintiff,

vs.

D. W. NEVEN, et al.,

    Defendants.

Case No. 2:13-cv-01492-RCJ-GWF

**ORDER**

    Plaintiff having filed a request for extension of time (first request) (#25), and good cause appearing;

    IT IS THEREFORE ORDERED that plaintiff's request for extension of time (first request) (#25) is **GRANTED**. Plaintiff will have through January 21, 2016, to file a second amended complaint.

    DATED: This 18th day of December, 2015.

_____
ROBERT C. JONES
United States District Judge