# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD ROBIN BARREN, | Case No. 2:13-cv-01492-APG-NJK |
| Plaintiff, | **Order** |
| v. | [Docket No. 77] |
| PHILIP J. KOHN, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for a copy of his civil rights complaint. Docket No. 77. Plaintiff is ultimately responsible for maintaining his litigation documents and the Court may require a more fulsome showing moving forward. With that caveat in mind, the Court will **GRANT** the instant motion as a courtesy. *Id*. The Clerk's Office is **INSTRUCTED** to send Plaintiff a copy of Docket No. 29.

IT IS SO ORDERED.

Dated: March 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1